In the Matter of the Estate of JULIUS M. COHEN, Deceased. THOMAS J.

MEEHAN and ELWOOD J. HARLAM, Copartners, etc., Appellants.— The court grants taxable costs and disbursements on this appeal. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ. Settle order on notice.